# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 12/03)

| # | Field | Value |
|---|---|---|
| 1 | CIR./DIST./DIV. CODE | NJXTR |
| 2 | PERSON REPRESENTED | Delovi Canales |
|   | VOUCHER NUMBER | |
| 3 | MAG. DKT./DEF. NUMBER | |
| 4 | DIST. DKT./DEF. NUMBER | 14-4518-13 |
| 5 | APPEALS DKT./DEF. NUMBER | |
| 6 | OTHER DKT. NUMBER | |
| 7 | IN CASE/MATTER OF (Case Name) | USA v. Cadet |
| 8 | PAYMENT CATEGORY | ☒ Felony  ☐ Misdemeanor  ☐ Appeal  ☐ Petty Offense  ☐ Other |
| 9 | TYPE PERSON REPRESENTED | ☒ Adult Defendant  ☐ Juvenile Defendant  ☐ Appellant  ☐ Appellee  ☐ Other |
| 10 | REPRESENTATION TYPE | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section):
21:846 Conspiracy to Distribute Controlled Substance

**12. ATTORNEY'S NAME AND MAILING ADDRESS:**
David Oakley
Anderl & Oakley
20 Nassau Street
Princeton, NJ 08542
Telephone Number: 609-921-1755

**13. COURT ORDER**
☒ O Appointing Counsel
☐ F Subs For Federal Defender
☐ P Subs For Panel Attorney
☐ C Co-Counsel
☐ R Subs For Retained Attorney
☐ Y Standby Counsel

Prior Attorney's: _____
Appointment Dates: _____

Signature of Presiding Judge [signed]
Date of Order: 10-16-14
Nunc Pro Tunc Date: _____

Repayment or partial repayment ordered from the person represented for this service at time appointment.  ☐ YES  ☐ NO

**14. NAME AND MAILING ADDRESS OF LAW FIRM:**
David Oakley
Anderl & Oakley
20 Nassau Street
Princeton, NJ 08542

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ _____ ) TOTALS: | | | | | |
| 16a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ _____ ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM: _____ TO: _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**  ☐ Final Payment  ☐ Interim Payment Number _____  ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this representation?  ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO   If yes, give details on additional sheets.

I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|

**28. SIGNATURE OF THE PRESIDING JUDGE**   DATE   **28a. JUDGE CODE**

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

**34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)** Payment approved in excess of the statutory threshold amount.   DATE   **34a. JUDGE CODE**